```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08436
   MARY HAWKINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2023


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/08/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     1886.38            .00            .00
BENEFICIAL ILLINOIS INC    SECURED          18393.00            .00            .00
CITY OF CHICAGO WATER DE   SECURED            500.00            .00            .00
SPRINT PCS                 UNSEC W/INTER NOT FILED             .00            .00
GLOBAL TELEDATA            UNSEC W/INTER NOT FILED             .00            .00
FIRST PREMIER              UNSEC W/INTER NOT FILED             .00            .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER      688.77            .00            .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER      112.70            .00            .00
AT&T WIRELESS              UNSEC W/INTER      321.80            .00            .00
AT&T                       UNSEC W/INTER NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER      798.62            .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER NOT FILED             .00            .00
DISCOVER                   UNSEC W/INTER NOT FILED             .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER NOT FILED             .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   FILED LATE        4775.19            .00            .00
LVNV FUNDING               UNSEC W/INTER      404.33            .00            .00
BENEFICIAL ILLINOIS INC    UNSEC W/INTER         .08            .00            .00
ARROW FINANCIAL SERV       UNSEC W/INTER      499.76            .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY   NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,314.00                     1,242.00
TOM VAUGHN                 TRUSTEE                                          108.00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    1,350.00

PRIORITY                                          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08436 MARY HAWKINS
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,242.00
TRUSTEE COMPENSATION                                              108.00
DEBTOR REFUND                                                        .00
                                     ---------------     ---------------
TOTALS                                      1,350.00            1,350.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```